In the Matter of LAWRENCE LIND, Petitioner, v. JOHN P. LOMENZO, as Secretary of State of the State of New York, Respondent.—Determination

Concur —
Stevens, P. J., Nunez, Kupferman, McNally and Steuer, JJ.